Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.




 
 
 
  
 
 
 




 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00179-CV

____________

 

J.L.H.
AUTOMOTIVE, INC. d/b/a JEFF HAAS MAZDA, Appellant

 

V.

 

MCI
WORLDCOM COMMUNICATIONS, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris
County, Texas

Trial Court Cause No. 756,493

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 22, 2002. 

On August 16, 2002, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Justices
Edelman, Guzman and Frost.

Do Not Publish C Tex. R. App. P. 47.3(b).